IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PATRICIA COFFMAN,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC and EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.

Case No. 3:19-CV-00411

Judge Aleta A. Trauger

## JOINT MEDIATION REPORT

Plaintiff Patricia Coffman, and Defendants Equifax Information Services LLC and Experian Information Solutions, Inc., respectfully file this Joint Mediation Report pursuant to the Court's Scheduling Order [Dkt. 32].

### Parties' Joint Position

The parties have discussed the possibility of mediation in the matter. The parties are currently in the process of completing discovery and do not believe mediation is appropriate at this time. As the parties work toward the completion of discovery, they believe they will be in a better position to assess potential options for alternative dispute resolution.

    DATED: January 14, 2020

Respectfully submitted,

| | |
|---|---|
| *s/ Frank H. Kerney, III* | *s/ Erin Palmer Polly* |
| Frank H. Kerney, III | Erin Palmer Polly (#22221) |
| TNB: 035859 | Butler Snow LLP |
| MORGAN & MORGAN, PA | The Pinnacle at Symphony Place |
| One Tampa City Center | 150 Third Avenue, South |
| 201 North Franklin Street, 7th Floor | Nashville, Tennessee 37201 |
| Tampa, Florida 33602 | (615) 651-6700 |
| Telephone: (813) 223-5505 | (615) 651-6701 |
| Facsimile: (813) 223-5402 | erin.polly@butlersnow.com |
| FKerney@ForThePeople.com | |
| JKersey@ForThePeople.com | Aditya Shrivastava |
| CheyenneReed@ForThePeople.com | Georgia Bar No. 897401 |
| *Counsel for Plaintiff* | Jones Day |
| | 1420 Peachtree Street, N.E. |
| | Suite 800 |
| *s/John D. Willet* | Atlanta, Georgia 30309-3053 |
| John D. Willet (TN Bar No. 18958) | Telephone: (404) 581-8717 |
| EVANS | PETREE PC | Facsimile: (404) 581-8330 |
| 1750 Aaron Brenner Dr., Suite 800 | ashrivastava@jonesday.com |
| Memphis, TN 38120 | *Counsel for Experian* |
| 901.525.6781 phone | |
| jwillet@evanspetree.com | |
| *Counsel for Equifax* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record and that a true and correct copy of the foregoing was sent to the following counsel of record via email:

**John D. Willet, Esq.**
JWillet@EvansPetree.com
EVANS PETREE, PC
*Counsel for Equifax Information Services*

**Erin P. Polly, Esq.**
Erin.Polly@ButlerSnow.com
BUTLER SNOW, LLP
*Counsel for Experian Information Solutions*

**Aditya Shrivastava, Esq.**
ashrivastava@jonesday.com
Jones Day

*s/ Frank H. Kerney, III*
Frank H. Kerney, III